UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KIYA ISOM, Individually and as Parent of K.D., a Minor,<br><br>    Plaintiff<br><br>    v.<br><br>BOARD OF SCHOOL COMMISSIONERS OF THE CITY OF INDIANAPOLIS, D/B/A INDIANAPOLIS PUBLIC SCHOOLS; PRINCIPAL MARY KAPCOE, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY; VICE PRINCIPAL FINAE RENT, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY; TEACHER JULIOUS JOHNICAN, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY,<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' NOTICE OF INITIAL EXTENSION OF TIME TO FILE ANSWER

Come now the Defendants, by counsel, pursuant to Local Rule 6.1, and notify this court that they will invoke the automatic initial extension of time within which to respond to Plaintiff's Complaint for Damages.  In support of said notice, Defendants state as follows:

1.  Plaintiff filed her Complaint for Damages on May 2, 2025, and some Defendants were served via certified mail on or about May 13, 2025 and May 16, 2025, respectively. Not all Defendants have yet been served.

2.  Defendants filed their Notice of Removal to United States District Court, Southern District of Indiana, Indianapolis Division, on May 16, 2025.

3.  Pursuant to Fed. R. Civ. P. 81(c)(2)(B), Defendants' responsive pleading is due twenty-one days after service of the Summons. The Board of School Commissioners of the City of Indianapolis was served on May 16, 2025. The Answer is therefore due June 6, 2025.

4.  This deadline has not previously been extended.

5.  Pursuant to S.D. Ind. L.R. 6-1, Defendants will invoke the additional twenty-eight (28) day extension of time to respond to Plaintiff's Complaint for Damages, making the requested deadline July 7, 2025.  Pursuant to S.D. Ind. L.R. 6-1, said extension of time shall be automatic.

6.  There are no Case Management Plans, scheduled hearings, or other case deadlines in this case.  As such, this extension will not interfere with any of the aforementioned.

7.  Plaintiff's counsel indicated on May 16, 2025 that she had no objection to an extension of 28 days.

Wherefore, the Defendants, by counsel, notify the court that they will invoke the automatic twenty-eight (28) day extension of time within which to respond to Plaintiff's Complaint for Damages, to and including July 7, 2025.

Respectfully submitted,

POLLACK LAW FIRM, P.C.

/s/ Caren L. Pollack
Caren L. Pollack (# 11897-49)
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing was filed electronically on May 16, 2025. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system:

Tammy Meyer, #14612-49
METZGER ROSTA LLP
32 S. 9th Street
Noblesville, IN 46060
Ph: 317-219-4606
Fx: 317-773-5077
tammy@metzgerrosta.com
*Attorney for Plaintiff*

/s/ Caren L. Pollack
Caren L. Pollack

POLLACK LAW FIRM, P.C.
10333 N. Meridian Street, Suite 111
Carmel, Indiana  46290
Ph: (317) 660-4880
Fx: (317) 660-4888