## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| KIYA ISOM, Individually and as<br>Parent of K.D., a Minor,<br><br>        Plaintiff,<br><br>v.<br><br>BOARD OF SCHOOL COMMISSIONERS<br>OF THE CITY OF INDIANAPOLIS, d/b/a<br>INDIANAPOLIS PUBLIC SCHOOLS;<br>PRINCIPAL MARY KAPCOE, INDIVIDUALLY<br>AND IN HER OFFICIAL CAPACITY;<br>VICE PRINCIPAL FINAE RENT,<br>INDIVIDUALLY AND IN HER OFFICIAL<br>CAPACITY; TEACHER JULIOUS JOHNICAN,<br>INDIVIDUALLY AND IN HIS OFFICIAL<br>CAPACITY,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)   Case No. 1:25-cv-00959-TWP-MG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## APPEARANCE OF COUNSEL

TO:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Plaintiff, Kiya Isom, Individually and as Parent of K.D., a Minor.

Date: June 23, 2025

                                     /s/ Tammy J. Meyer
                                     Tammy J. Meyer, #14612-49
                                     Metzger Rosta LLP
                                     32 S. 9th Street
                                     Noblesville, IN 46060
                                     tammy@metzgerrosta.com
                                     Phone: (317) 219-4606
                                     Fax: (317) 773-5077

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of June 2025, a true and exact copy of the foregoing

was electronically filed. Notice of this filing will be sent to the following parties by operation of

the Court's electronic filing system.

Catherine M. Michael
Connell Michael, LLP
550 Congressional Blvd., Suite 350-11
Carmel, IN 46032
catherine@connellmichaellaw.com
*Counsel for Plaintiff*

Caren L. Pollack
Pollack Law Firm, P.C.
10333 N. Meridian Street, Suite 111
Carmel, IN 46290
cpollack@pollacklawpc.com
*Counsel for Defendants*

Tammy J. Meyer, #14612-49
*Attorney for Plaintiff*

METZGER ROSTA LLP
32 S. 9th Street
Noblesville, IN  46060
(317) 219-4606